

FILED

JUN 1 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |  |
|---|---|---|
| Name (under which you were convicted):<br>Braunwin C. Barnes | | Docket or Case No.:<br>1:04-CR-10027 |
| Place of Confinement:<br>Danbury Federal Prison | | Prisoner No.:<br>25597-018 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted)<br>Braunwin Christiana Barnes | |

## MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    Central District of Illinios
    _____
    _____

    (b) Criminal docket or case number (if you know): 1:04-CR-10027 _____

2.  (a) Date of the judgment of conviction (if you know): May 16, 2005 _____

    (b) Date of sentencing: May 12, 2005 _____

3.  Length of sentence: 87 Months _____

4.  Nature of crime (all counts): Armed Bank Robbery _____
    _____
    _____
    _____
    _____
    _____

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☒        (2)  Guilty ☐        (3)  Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____
    _____
    _____
    _____
    _____

6.  If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8. Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9. If you did appeal, answer the following:

   (a) Name of court: ___United States Courts of Appeals for Seventhcircuit

   (b) Docket or case number (if you know): _NO. 04-CR-10027.001_____

   (c) Result: _Dismissed_____

   (d) Date of result (if you know): _March 29,2006_____

   (e) Citation to the case (if you know): __N/A_____

   (f) Grounds raised: _____N/A_____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know): _____N/A_____

   (2) Result: ___N/A_____

   _____

   (3) Date of result (if you know): _____N/A_____

   (4) Citation to the case (if you know): ____N/A_____

   (5) Grounds raised: _____N/A_____

   _____

   _____

   _____

   _____

   _____

10. Other than the direct appeals listed above, have you previously filed any other motions,
    petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____N/A_____

    (2) Docket or case number (if you know): ___N/A_____

    (3) Date of filing (if you know): _____N/A_____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ☐ No ☒

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): ____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or

application?    Yes ☐    No ☒

(7) Result: _____ N/A _____

(8) Date of result (if you know): __ N/A _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your

motion, petition, or application?

(1)  First petition:       Yes ☐    No ☒

(2)  Second petition:     Yes ☐    No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __No Attorney Representattion_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: _____ Ineffective assitance of counsel; failure to disclose material facts or misrepresentation of the materialfacts.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

__During the duration of the trial counsel failed to disclose that the firearm that was discovered in my home at the time of search and seizure was licensed and registered to me Braunwin C. Barnes. The said fire arm was not identified nor placed at the scene of the crime.__

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __I was unaware of the inaccurate information presented at the trial due to the lack of informaton pertaining to the gun in question.__

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____N/A_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: __Due to my lack of knowledge of law proceedings,__
at the time I received notification of my denial it appeared all
hope was lost.

_____

_____

_____

GROUND TWO: __Ineffective assistance of counsel; Failure to__
subject prosecution to meaningful adversarial challange

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
__Failed to present Burden of Proof in my defense.__

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒X

(2) If you did not raise this issue in your direct appeal, explain why: During the course
of the trial my attorney at the time John Longeron stated
that "It would be in best interest not to speak on my behalf

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒X

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☒X

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☒X

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☒X

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____ N/A _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Prior to aquiring knowledge the accessible to me I unlearned in my own defense.

_____

_____

_____

_____

GROUND THREE: Ineffective assistance of counsel; Failure to suppress illegally obtained evidence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Evidence presented at trial was purchased by prosecution item in question was "white parka"

_____

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Due to human error. By me not knowing the process nor direction in which I could have taken.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ When I was offered to appeal it was not made
to me the level of degree in which I could appeal.
_____
_____
_____

GROUND FOUR: Ineffective assistance of counsel; Failure to
investigate and interview witness for the defense.
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Attorney then John Longeron refused to present any witnesses
on my behalf nor did he put forth and effort to introduce a
fact finding rebuttal against the prosecution witnesses.
_____
_____
_____
_____
_____

_____

_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐ No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: I was not given an option as to what I could have appealed.

_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐ No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ N/A _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐ No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐ No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐ No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____ N/A _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: In reflection to the matter at hand I was unaware of the elements forthgoing at trial.

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: All of the mentioned above. In subject to my concerns, by me not knowing the extent of the condition in which I was facing, all grounds had not yet became an issue. However; undrestanding the law better I now have grounds to seek out a means other than what I believe to have been a Miscarriage of Justice.

_____

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No XXX

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: John P. Longeron, 124 N.E. Madison, Peoria Illinois 61602

(b) At arraignment and plea: Same

(c) At trial: SAME

(d) At sentencing: Charles J. Thorbjornsen, Law office of Charles Charles J. Thorbjornsen 2708 N. knoxille, Peoria, Illinois 61604

Page 12

(e) On appeal: <u>Barnes and thornburg LLP,11 South Meridan</u>

<u>Indianapolis, Indiana 46204</u>

(f) In any post-conviction proceeding: <u>NO</u>

(g) On appeal from any ruling against you in a post-conviction proceeding: <u>NO</u>

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?     Yes ❑ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?     Yes ❑ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: <u>N/A</u>

(b) Give the date the other sentence was imposed: <u>N/A</u>

(c) Give the length of the other sentence: <u>N/A</u>

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?     Yes ❑ No ☒

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____ NO ___ N/A _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: <u>For a sentence reduction.</u>

_____

_____

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>June 6, 2006</u> (month, date, year).

Executed (signed) on <u>June 6, 2006</u> (date).

*Braunwin C. Barnes*

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

<u>U.S District Court Central Illinois District</u>

[Insert appropriate court]

* * * * *