E-FILED
Friday, 27 July, 2007  11:50:33 AM
Clerk, U.S. District Court, ILCD

FILED

JUL 2 7 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

LARRY PROCTOR,                )
                             )
  Plaintiff,           )
                             )  Case No. 06-cv-01150-T
*versus*                      )
                             )
STATE FARM FIRE & CASUALTY    )
COMPANY, STATE FARM MUTUAL    )
AUTOMOBILE INSURANCE          )
COMPANY and JIM SPENCER,      )
                             )
  Defendants.          )

## AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION

**PLEASE TAKE NOTICE THAT,** pursuant to FED. R. CIV. P. 30, Defendants, State Farm Fire & Casualty Company, State Farm Mutual Automobile Insurance Company and Jim Spencer and their attorneys of record, Rustin Strubhar of Crowe & Dunlevy; and David V. Jones and Daniel C. Andrews, of Jones, Andrews & Ortiz, shall take notice that the Plaintiff, Larry Proctor, will conduct the videotaped deposition upon oral examination of Dave Adam on:

TUESDAY, AUGUST 7, 2007
commencing at 10:00 a.m.
at
Signature Flights Support
O'Hare International Airport
Patton Road, Building 800
Chicago, IL 60666

The deposition shall be recorded by videotape and stenographic means and shall be continued from day to day until completed.

Any and all of said deposition testimony may be offered into evidence at the trial of this action.

YOU ARE INVITED TO ATTEND AND CROSS-EXAMINE.

Respectfully submitted,

/s/ Jeff D. Marr
Jeff D. Marr, OBA No. 16080
MARR LAW FIRM
4301 Southwest Third Street, Suite 110
Oklahoma City, OK 73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
Email: jeffdmarr@marrlawfirm.com

-and-

Jo L. Slama, OBA No. 13426
SLAMA LEGAL GROUP
4301 Southwest Third Street, Suite 100
Oklahoma City, OK 73108
Telephone: (405) 609-1600
Facsimile: (405) 609-1601
Email: jo@slamalegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and to the attorneys of record listed below via regular U.S. Mail. Based on the electronic records currently on file, the Clerk of Court will also transmit a Notice of Electronic Filing to the following ECF registrants:

> David V. Jones, OBA No. 19611
> Daniel C. Andrews, OBA No. 19392
> Jones, Andrews & Ortiz
> 21 East Main Street, Suite 101
> Oklahoma City, OK 73104
> Telephone Number: (405) 601-8713
> Facsimile: (405) 232-8330
> Email: dvj@jao-law.com
>
>      *-and-*
>
> Rustin J. Strubhar, OBA No. 15850
> Richard C. Ford, OBA No. 3028
> Crowe & Dunlevy
> 20 North Broadway, Suite 1800
> Oklahoma City, OK 73102
> Telephone Number: (405) 235-7700
> Facsimile: (405) 239-6651

/s/ Jeff D. Marr
JEFF D. MARR

Page 3